UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK RIGMAIDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>RIO COSUMNES CORRECTIONAL CENTER,<br><br>    Defendant. | No. 2:20-cv-1299-EFB P<br><br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the request for leave to proceed in forma pauperis is not accompanied by a certified trust account statement.  *See* 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: July 7, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE